ROBERT DEMAISE AND LOUIS DEMAISE v. STATE FARM
INSURANCE COMPANY.

May 24, 1985.

Petition for certification denied.

JOHN MADAIO v. DOLORES MCCARTHY.

May 24, 1985.

Petition for certification denied.  (See 199 *N.J.Super.* 430)

ZACHARIAE REALTY, INC. v. DOLORES MCCARTHY.

May 24, 1985.

Petition for certification denied.  (See 199 *N.J.Super.* 430)

PATRICK DE LORENZO v. UNITED PARCEL SERVICE
AND GEORGE GARCIA.

May 24, 1985.

Petition for certification denied.